817-/5

# ELECTRONIC RECORD

COA # 05-14-01310-CR                    OFFENSE: 43.26

STYLE: Jacob Lane Rowan v. The State of Texas          COUNTY: Grayson

COA DISPOSITION:    AFFIRM          TRIAL COURT: 397th Judicial District Court

DATE: 06/02/2015          Publish: NO   TC CASE #:   063943


# IN THE COURT OF CRIMINAL APPEALS

STYLE: Jacob Lane Rowan v. The State of Texas          CCA #: 817-/5

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 09/16/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**